IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN ALEXANDER MCGAVOCK,

        Petitioner,                No. CIV S-08-3150 LKK GGH P

    vs.

EDMUND G. BROWN,

        Respondent.         <u>ORDER</u>

_____/

        Petitioner has filed a request for a continuance of this matter, which the court will construe as a request for an extension of time to file objections to the January 8, 2009, Findings and Recommendations. The court's docket indicates that the Jan. 8, 2009, Findings and Recommendations were re-served upon him on February 26, 2009, pursuant to his most recent notice of a change of address. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's February 11, 2009 request, construed as one for an extension of time (Docket # 12) is granted; and

\\\\\

\\\\\

\\\\\

\\\\\

2. Petitioner is granted twenty days from the date of this order in which to file objections to the January 8, 2009, Findings and Recommendations, re-served on petitioner on February 26, 2009.

DATED: March 4, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/md
mcga3150.111